John M. Vlasac, Jr.♦
Boris Shmaruk*
David E. Cassidy¥

Yelena Kofman-Delgado
Ilona Shmaruk
James W. Sutton, III†°
Stavros E. Sitinas^°
Damian L. Albergo•°

E-mail: jvlasac@vslaws.com



♦ Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
* Admitted in NJ, NY and
the District of Columbia
¥ Admitted in NJ, NY and PA
• Admitted in NJ and NY
† Admitted in NJ and PA
^ Admitted in NY
° Of Counsel



August 14, 2020

*(sent via efile)*
Hon. Christopher C. Conner, U.S.D.J.
US District Court for the Middle District of Pennsylvania - Harrisburg
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

    **Re:**    **Estate of Golembiewski v. Tuthill Corp, et al**
           **Docket No.: 3:20-cv-01121-CCC**

Dear Judge Conner:

    This office represents plaintiffs in regard to the above referenced matter. The within matter is currently scheduled for a case management conference before Your Honor on August 17, 2020. Please be advised that the above matter has been settled.

                          Respectfully submitted,
                          /s/ John M. Vlasac, Jr.
                          JOHN M. VLASAC, JR.

JMV/rh
cc:    William M. Brennan, Esq.. *(Via efile)*

www.vslaws.com

Please reply to this address
485B Route 1 South, Suite 120
Iselin, NJ 08830
Phone: 732.494.3600
Fax: 732.494.3601

1989 Arena Drive
Hamilton, NJ 08610
Phone: 609.599.3400
Fax: 609.585.5819

•15 Warren Street, Suite 36
Hackensack, NJ 07601
Phone: 201.354.4999
Fax: 201.351.0402

†°1014 Mill Creek Drive
Feasterville, PA 19053
Phone: 215.364.7900
Fax: 215.355.3204

^°444 Madison Avenue
4th Floor
New York, NY 10022
Phone: 212.539.1800
Fax: 732.494.3601